# Murray E. Singer
Attorney at Law

14 Vanderventer Avenue                                    tel: (516) 869-4207
Suite 212                                                 fax: (516) 869-4219
Port Washington, New York  11050                          mobile: (516) 662-4950
email: msingerlaw@gmail.com

**BY ECF**                                            October 7, 2013

Hon. Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     USA v. Willie Green
        12-CR-391

Your Honor:

I am writing to formally request adjournment of the sentence in the above-referenced case, currently scheduled for October 11, 2013 at 10:00 a.m., to a date agreeable to the Court.  No probation report has been prepared as of yet.

I have communicate with AUSA Matthew Amatruda, and he has no objection to this request.

Thank you very much for your consideration.

Very truly yours,

/s/
Murray Singer

cc:     AUSA Matthew Amatruda (by ECF)