# Murray E. Singer
## Attorney at Law

14 Vanderventer Avenue
Suite 212
Port Washington, New York  11050
email: msingerlaw@gmail.com

tel: (516) 869-4207
fax: (516) 869-4219
mobile: (516) 662-4950

**BY ECF**                                                December 4, 2013

Hon. Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    <u>USA v. Willie Green</u>
          12-CR-391

Your Honor:

     I am writing to formally request adjournment of the sentence in the above-referenced case, currently scheduled for December 9, 2013 at 4:30 p.m., to Monday, February 24, 2014 at 10:00 a.m. No probation report has been prepared as of yet.

     I have communicate with AUSA Matthew Amatruda, and he has no objection to this request.

     Thank you very much for your consideration.

Very truly yours,

/s/
Murray Singer

cc:    AUSA Matthew Amatruda (by ECF)